UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

RAYMOND HIDALGO                                     Case No.: 11-10203
FLOR HIDALGO
          Debtors                                            Chapter 7

## JOINT LOSS MITIGATION STATUS REPORT AND
## REQUEST FOR EXTENSION

PHH Mortgage Corporation ("Lender") and Debtors, by and through their respective counsel, do hereby jointly file this report to inform the Court of the status of the parties' loss mitigation and to respectfully request that the Loss Mitigation period be extended and additional thirty (30) days.  In support thereof, the parties report the following:

1.      On February 24, 2011, this Court entered a Loss Mitigation Order requiring the parties to participate in the Loss Mitigation Program.

2.      On September 12, 2011, Debtors have provided to undersigned counsel the completed financial information and documentation requested in order to consider a loan modification.

3.      Lender has  forwarded a loan modification proposal to the Debtors.

WHEREFORE, based on the above status, the parties respectfully request that the Court extend the loss mitigation period for fourteen (14) days.

THE DEBTORS                              LENDER

/s/ John Ennis                           /s/ Thomas E. Carlotto
John Ennis, Esq., BBO# 2135              Thomas E. Carlotto, BBO# 6088
1200 Reservoir Avenue                    Shechtman Halperin Savage, LLP
Cranston, RI 02920                       1080 Main Street
                                         Pawtucket, Rhode Island  02860
(401) 949-9230 phone                     (401) 272-1400 phone
(401) 946-5006 fax                       (401) 272-1403 fax

Dated: December 30, 2011


## CERTIFICATION OF SERVICE

The undersigned hereby certifies that copies of the Joint Loss Mitigation Status Report and Request for Extension have been served upon the following parties via electronic notice or first class mail, as indicated, this 30th day of December, 2011:

Via Electronic Notice:

Office of the U.S. Trustee               John Ennis, Esq.
ustpregion01.pr.ecf@usdoj.gov            Counsel to the Debtor(s)
                                         1200 Reservoir Avenue
Charles A. Pisaturo, Esq.                Cranston, RI 02920
Trustee                                  JBelaw@Aol.com
1055 Elmwood Avenue
Providence, RI 02907-2817                Atlas Acquisitions LLC
cpisaturo@earthlink.net                  294 Union St.
                                         Hackensack, NJ 07601
                                         bk@atlasacq.com


Via First Class Mail:

Raymond Hidalgo
6 Arthur Street
West Wawrick, RI 02893                    Tax Collector
                                         Town of West Warwick
                                         1170 Main Street
Flor Hidalgo                             West Warwick, RI 02893
6 Arthur Street
West Warwick, RI 02893


                                         /s/ Thomas E. Carlotto, Esq.


2